# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a USPS Parcel assigned tracking number<br>9505 5123 3811 3276 3527 57 | )<br>)<br>) Case No. 23-1826M(NJ)<br>)<br>)<br>) |

**CLERK'S OFFICE**
**A TRUE COPY**
Oct 18, 2023
s/ llc
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the       Eastern       District of       Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

The SUBJECT PARCEL is described as a 12.5" L x 1.5" W x 9.5" H, white colored USPS flat rate Priority Mail envelope, weighing approximately 5.6 ounces or 159 grams, and bearing USPS Priority Mail postage and USPS tracking number 9505 5123 3811 3276 3527 57. The SUBJECT PARCEL's handwritten label is addressed from, "Nikki Johnson 3314 N 25th St., Milwaukee, WI 53206" and is addressed to "Christian Aguilar 26830 San Jacintos St., Hemet, CA 92543." The SUBJECT PARCEL possessed a postage paid label displaying a zip code of Milwaukee, WI 53216. The postage paid was $9.65.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution and possession with intent to distribute a controlled substance, conspiracy to distribution and possession with intent to distribute a controlled substance, and unlawful use of a communication facility (including the mails) to facilitate the distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 846 and 843(b).

**YOU ARE COMMANDED** to execute this warrant on or before 11/1/2023       *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to       Hon. Nancy Joseph      .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☑ until, the facts justifying, the later specific date of       04/15/2023      .

Date and time issued: 10/18/2023 @ 1:48 p.m.

*Judge's signature:* Nancy Joseph

City and state:       Milwaukee, Wisconsin             Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-1826M(NJ) | 10/19/2023   9:07 AM | USPS Priority Mail 9505 5123 3811 3276 3527 57 |

Inventory made in the presence of: Postal Inspectors Chris Massari and Mario Lantigua

Inventory of the property taken and name(s) of any person(s) seized:

Search Warrant 23-1826M(NJ): USPS Priority Mail 9505 5123 3811 3276 3527 57 was opened and located inside was a commercial product, makeup brush set with US paper currency concealed in between the packaging cardboard.

The total currency discovered was $2700.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/23/2023

*Executing officer's signature*

Christopher Massari, US Postal Inspector
*Printed name and title*

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means



CLERK'S OFFICE
A TRUE COPY
Oct 18, 2023
s/ llc
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
a USPS Parcel assigned tracking number )
9505 5123 3811 3276 3527 57 )

Case No. 23-1826M(NJ)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a USPS Parcel assigned tracking number 9505 5123 3811 3276 3527 57 addressed to "Christian Aguilar 26830 San Jacintos St., Hemet, CA 92543."

located in the _____ Eastern _____ District of _____ Wisconsin _____ , there is now concealed *(identify the person or describe the property to be seized)*:

controlled substance, fruits of crime, or other evidence of conspiracy to and distribution and possession with intent to distribute a controlled substance and unlawful use of a communication facility to distribution of a controlled substance.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 and 843(b). | Conspiracy to and distribution and possession with intent to distribute a controlled substance and unlawful use of a communication facility to distribution of a controlled substance. |

The application is based on these facts:
Please see attached affidavit, which is hereby incorporated by reference.

☑ Continued on the attached sheet.
☑ Delayed notice of _180_ days *(give exact ending date if more than 30 days: 04/15/2024 )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Christopher A. Massari, Inspector, USPIS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means)*.

Date: 10/18/2023
_____
Judge's signature

City and state: Milwaukee, Wisconsin        Honorable Nancy Joseph, U.S. Magistrate Judge
                                            Printed name and title

# AFFIDAVIT IN SUPPORT OF

# AN APPLICATION FOR A SEARCH WARRANT

I, Christopher A. Massari, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector, assigned to the United States Postal Inspection Service ("USPIS") Domicile in Milwaukee, Wisconsin. I have been a federal law enforcement agent for over twelve years. From May 2011 to January 2022, I served as a Special Agent with the United States Department of State, Diplomatic Security Service and from January 2022 to the present day, with the USPIS.

2. The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking, and identity theft involving the United States Mail.

3. I have participated in numerous complex organized crime investigations which involved violations of state and federal controlled substances laws and other related offenses. I have extensive experience with investigating international organized criminal organizations that specialize in identity theft, human smuggling, prostitution, counterfeit products, visa fraud, and monetary structuring to finance larger criminal operations including terrorism and controlled substance distribution. I have had both formal training and have participated in numerous complex organized crime investigations. More specifically, my training and experience includes the following:

    a. I have participated in over 30 search warrants where controlled substances, drug paraphernalia, and organized crime records were seized;

1

b. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale;
c. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;
d. I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;
e. I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking;
f. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets in order to avoid scrutiny from law enforcement officials; and
g. I am familiar with how criminal organizations use the USPS and other parcel delivery organizations to circumvent the law enforcement inspection process.

4. Based on my training received at the Federal Law Enforcement Training Center (FLETC), personal experience, on the job training, and working with other Postal Inspectors and North Central, High Intensity Drug Trafficking Area "HIDTA" drug task force officers, I understand the basic fundamentals of narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the USPS system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

**PURPOSE OF AFFIDAVIT**

5. This affidavit is made in support of a Federal Search and Seizure Warrant for the **SUBJECT PARCEL** (described below), for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and

2

843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

6. This affidavit is made in support of an application for a Federal Search and Seizure Warrant for a USPS Priority Mail piece (**SUBJECT PARCEL**). The **SUBJECT PARCEL** is described as a 12.5" L x 1.5" W x 9.5" H, white colored USPS flat rate Priority Mail envelope, weighing approximately 5.6 ounces or 159 grams, and bearing USPS Priority Mail postage and USPS tracking number 9505 5123 3811 3276 3527 57. The **SUBJECT PARCEL**'s handwritten label is addressed from, "Nikki Johnson 3314 N 25th St., Milwaukee, WI 53206." The **SUBJECT PARCEL** is addressed to "Christian Aguilar 26830 San Jacintos St., Hemet, CA 92543." The **SUBJECT PARCEL** possessed a postage paid label displaying a zip code of Milwaukee, WI 53216. The postage paid was $9.65.

## INVESTIGATION OF THE SUBJECT PARCEL

7. I, and other Postal Inspectors, have identified a trend of drug traffickers mailing controlled substances into the Eastern District of Wisconsin, from states in the Western United States, the Caribbean, and along the international border such as: Washington, Oregon, California,

3

Colorado, Nevada, New Mexico, Texas, Arizona, and the territorial island of Puerto Rico. There, controlled substances are more easily and readily available, due to certain state laws, and a porous international border, among other reasons. Inasmuch as individuals who would receive these controlled substances through the United States Mail are obliged to pay for said controlled substances, often, the United States Mail is utilized by drug recipients to send payments back to the drug traffickers along the West Coast, along the Southwestern United States and Puerto Rico. As such, within the Prohibited Mailing of Narcotics program area of the USPIS, certain indicators have been identified around the trafficking of both illegal drugs, and their proceeds, through the United States Mail.

8. I, along with other Milwaukee Postal Inspectors, conduct routine examinations of Postal Service databases and the outside of parcels traveling in the USPS Priority Mail and Express Mail to and from the Eastern District of Wisconsin from states in the Southwest and Western United States as well as the territory of Puerto Rico.

9. On Tuesday, October 3, 2023, the **SUBJECT PARCEL** was accepted into the USPS mail system at the Parklawn Post Office, 3931 N 35th St., Milwaukee, WI 53216. On Thursday, October 5, 2023, the **SUBJECT PARCEL** traveled to the Hemet Post Office in Hemet, CA. The **SUBJECT PARCEL** was intercepted and sent back to the Milwaukee USPIS office for further inspection. The Sheboygan County Metropolitan Enforcement Group (MEG) passed intelligence leading us to intercept this **SUBJECT PARCEL** upon arrival to Hemet, CA.

10. In August 2023, the Sheboygan County MEG arrested a subject in possession of methamphetamine. Following the arrest of the Sheboygan subject, law enforcement obtained a search warrant for the subject's cellphone. Contained in the subject's cellphone were text messages and phone calls place to telephone number 951-406-9897. Case agents reviewed law

enforcement databased, which indicated Christian Aguilar was connected to telephone number 951-406-9897. Law enforcement data base also indicated Christian Aguilar is associated with 26830 San Jacinto St, Hemet CA 92543. The messages between the subject and Christian Aguilar were consistent with the subject and Christian Aguilar being engaged in drug trafficking including details about sending payment and receiving suspected controlled substance and photos regarding suspected controlled substances.

11. Further investigation developed a suspicion of Wisconsin based addresses receiving controlled substances through the U.S. Mail from Hemet, CA. USPIS conducted database checks on the following addresses suspected to be involved with suspicious deliveries including: 26830 San Jacinto St., Hemet, CA 92543; 450 S Santa Fe., Hemet, CA 92543; and 6228 W Capital Dr., Milwaukee, WI 53216.

12. On Friday October 6, 2022, USPS parcel, 9505 5161 9592 3277 6256 07, was destined for 6228 W Capitol Dr., Milwaukee, WI 53216. This parcel was intercepted for further inspection. On Tuesday October 10, 2023, parcel 9505 5161 9592 3277 6256 07, from Hemet, CA to 6228 W Capitol Dr., Milwaukee, WI 53216 was granted consent for USPIS inspection by the recipient of the parcel. The parcel contained 476 grams of a substance that field tested positive for methamphetamine and 1001 grams of substance that field tested positive for marijuana.

13. USPS databases display entities from Hemet, CA and Milwaukee, WI are tracking the **SUBJECT PARCEL** traveling to Hemet, CA and parcel 9505 5161 9592 3277 6256 07that arrived in Milwaukee, WI from Hemet, CA containing substances suspected methamphetamine and marijuana. Due to training and experience, I am aware that it is common for postal base drug traffickers to send payments following the receipt of drug from the source. Therefore, based on

5

the investigation into this drug parcel from Hemet, CA to Wisconsin, I believe the **SUBJECT PARCEL** contains monetary devices for the purchase and/or exchange of controlled substances.

14. On Monday, October 9, 2023, the **SUBJECT PARCEL** arrived in Milwaukee and visual examination of the exterior of the envelope revealed the **SUBJECT PARCEL** was addressed in a handwritten manner and possessed an electronically generated postage label with a "ship to" addresses printed on it. The handwritten portion displayed the package was sent "From" Wisconsin and delivered "To" California. The parcel was specifically addressed in the following manner:

From:   Nikki Johnson
        3314 N 25th Street
        Milwaukee WI 53206

To:     Christian Aguilar
        26830 San Jacinto St
        Hemet Ca 92543

The electronically generated postage label was only marked with a "ship to" address. The parcel was specifically address in the following manner:

Ship To:   26830 SAN JACINTO ST
           HEMET CA 92543-7293

15. No phone numbers or other information was listed on the **SUBJECT PARCEL** due to the Priority Mail parameters of shipping.

### *CLEAR and the SUBJECT PARCEL*

12. I conducted a search of the Thomson-Reuters CLEAR database for information written on the mailing label for the addressed sender; Nikki Johnson 3314 N 25th Street, Milwaukee, WI 53206. The Thomson-Reuters CLEAR database returned no record for Nikki Johnson at this address. Based on my training, experience, and discussions with fellow Postal Inspectors, it is a common practice in postal based drug trafficking for members to use fake or

6

false addresses to evade law enforcement detection. I also conducted a search of the Thomson-Reuters CLEAR database for information printed on the mailing label for the addressed intended recipient, Christian Aguilar 26830 San Jacinto St., Hemet, CA 92543. The Thomson-Reuters CLEAR database returned an active record for Christian Aguilar at this California address. As previously noted, based on the subject arrest in Sheboygan, Wisconsin and phone evidence, Christian Aguilar is a person of interest regarding this Sheboygan County MEG investigation.

13. Based upon the information as outlined in this affidavit, I strongly believe that this parcel may contain monetary devices for the purchase and/or exchange of controlled substances being trafficked through the United States Mail. Consequently, I respectfully request authorization to open this parcel and search its contents for evidence of controlled substance trafficking. I also request permission to seize contents of the parcel as evidence, that may constitute contraband, proceeds or fruits of the crime of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

14. I have not included in this affidavit each and every fact known to me regarding this investigation and search warrant application request; the facts included are only those that I, respectfully, believe may relate to a determination of whether there is probable cause to believe that items sought to be seized will be found in the place, or item, to be searched, and whether those items are evidence of the offenses identified in this affidavit.

15. The **SUBJECT PARCEL** is currently being held at the United States Postal Inspection Service office in Milwaukee, Wisconsin.

7

Case 2:23-mj-01826-NJ    Filed 10/23/23    Page 10 of 11    Document 2

16. Further, it is respectfully requested that this Court issue an order pursuant to Title 18 U.S.C. § 3103a(b), finding that immediate notification may have an adverse result listed in Title 18 U.S.C.§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized for a period up to 180 days, unless an extension is requested. I believe that immediate notification of the contents of this affidavit and related documents may have a significant and negative impact the investigation into Postal based drug trafficking and may severely jeopardize its effectiveness.